# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| WILLIAM NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 23-cv-4173 |
| | ) |
| v. | ) |
| | ) Honorable Jonathan E. Hawley |
| SARAH MILLER, | ) |
| | ) |
| Defendant. | ) |

## **DEFENDANT'S MOTION TO COMPEL**

Defendant, Sarah Miller, by and through her attorney, Kwame Raoul, Attorney General of the State of Illinois, respectfully submits her Motion to Compel. In support thereof, Defendant states as follows:

1. On December 17, 2024, this Court issued a Scheduling Order that directed Plaintiff to provide his initial disclosures to Defendant within 30 days, or by January 16, 2025. (Dkt. No. 21, ¶ 5.)

2. To date, Defendant has not received Plaintiff's initial disclosures. Discovery is set to close on June 17, 2025. (Dkt. No. 21, ¶ 30.)

3. In light of Plaintiff's failure to comply with the Court's Scheduling Order regarding his initial disclosures, Defendant respectfully requests this Court to enter an order compelling Plaintiff to provide them within 14 days.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests that this honorable Court grant her Motion to Compel and for such further relief as the Court finds reasonable and just.

Dated: May 9, 2025.                      Respectfully submitted,

KWAME RAOUL                              By:     /s/ Adam Peterson
Attorney General of Illinois                     Adam Peterson
                                                 Assistant Attorney General
                                                 General Law Bureau
                                                 Office of the Illinois Attorney General
                                                 115 South LaSalle Street
                                                 Chicago, Illinois 60603
                                                 (312) 814-1035
                                                 adam.peterson@ilag.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2025, I electronically filed the foregoing, *Defendant's Motion to Compel*, with the Clerk of Court using the CM/ECF system. I certify that on May 9, 2025, I caused a copy of the same to be sent via electronic mail and mailed by United States Postal Service, in an envelope fully prepaid and properly addressed to the following non-registered ECF participant:

William Nelson
Rushville
Illinois Dept. of Human Services
Sexually Violent Persons Treatment & Detention Facility
17019 County Farm Road
Rushville, IL  62681

Executed on May 9, 2025.

*/s/ Adam Peterson*
Adam Peterson